# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

CASE and/or DOCKET No.: _____

Sheriff's Sale Date: _____

V.

HENRY NEGRON JR. AKA HENRY P. NEGRON, ET AL,
Defendant (Respondent)

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, D'WAYNE HENRIKSSON, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served HENRY NEGRON JR. AKA HENRY P. NEGRON the above process on the 6 day of December, 2016, at 3:43 o'clock, PM, at 2228 VIRGINIA AVENUE BENSALEM, PA 19020, County of Bucks, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy to the Defendant(s)

Description: Approximate Age _36-40_ Height _5'8_ Weight _170_ Race _HISPANIC_ Sex _MALE_ Hair _BLACK_
Military Status: ☑ No ☐ Yes Branch: _____

Commonwealth/State of _Pa_ )
) SS:
County of _Berks_ )

Before me, the undersigned notary public, this day, personally, appeared _D'wayne Henriksson_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158089
Case ID #: 4754092

Subscribed and sworn to before me
this _13_ day of _Dec_, 20_16_.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017